United States District Court
for the
Southern District of Florida

United States of America )
)
v. )
) Criminal Case No. 23-20421
Lazaro Verdecia Hernandez and )
Yadier Rodriguez Arteaga, )
Defendants. )

### Verdict Form

We, the Jury in the above-captioned case, unanimously find the Defendant, **Yadier Rodriguez Arteaga**:

As to **Count 1** of the Indictment (Conspiracy to Commit Wire Fraud), we find the Defendant Yadier Rodriguez Arteaga:

GUILTY  X        NOT GUILTY ____

As to **Count 4** of the Indictment (Wire Fraud), we find the Defendant Yadier Rodriguez Arteaga:

GUILTY ____     NOT GUILTY  X

As to **Count 15** of the Indictment (Conspiracy to Commit Money Laundering), we find the Defendant Yadier Rodriguez Arteaga:

GUILTY  X       NOT GUILTY ____

If you found the Defendant GUILTY as to COUNT 15, mark the object or objects that you unanimously find applied:

Concealment money laundering, 18 U.S.C. § 1956(a)(1)(B)(i)  X

Spending money laundering, 18 U.S.C. § 1957  X

As to **Count 21** of the Indictment (Money Laundering), we find the Defendant Yadier Rodriguez Arteaga:

GUILTY __X__   NOT GUILTY _____

As to **Count 22** of the Indictment (Money Laundering), we find the Defendant Yadier Rodriguez Arteaga:

GUILTY __X__   NOT GUILTY _____

As to **Count 23** of the Indictment (Money Laundering), we find the Defendant Yadier Rodriguez Arteaga:

GUILTY __X__   NOT GUILTY _____

**SO SAY WE ALL.**

_____                    _____
Foreperson's Juror Number                 Foreperson's Signature

**Dated: November __8__, 2024**